**08 CR 453**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COLE**
*Felony*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO** YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?   NO **X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO **X**   YES ☐

6) What level of offense is this indictment or information?   FELONY **X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES **X**

8) Does this indictment or information include a conspiracy count?   NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............................ (II)
   ☐ Criminal Antitrust ................. (II)
   **X** Bank robbery ..................... (II)
   ☐ Post Office Robbery ............... (II)
   ☐ Other Robbery ..................... (II)
   ☐ Assault ............................. (III)
   ☐ Burglary ........................... (IV)
   ☐ Larceny and Theft ................. (IV)
   ☐ Postal Embezzlement ............. (IV)
   ☐ Other Embezzlement ............. (III)
   ☐ Income Tax Fraud ................. (II)
   ☐ Postal Fraud ....................... (II)
   **X** Other Fraud ...................... (III)
   ☐ Auto Theft ......................... (IV)
   ☐ Transporting Forged Securities ... (III)
   ☐ Forgery ............................ (III)
   ☐ Counterfeiting .................... (III)
   ☐ Sex Offenses ...................... (II)
   ☐ DAPCA Marijuana ................. (III)
   ☐ DAPCA Narcotics ................. (III)
   ☐ DAPCA Controlled Substances ... (III)
   ☐ Miscellaneous General Offenses ... (IV)
   ☐ Immigration Laws ................. (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ................ (IV)
   ☐ Motor Carrier Act ................ (IV)
   ☐ Selective Service Act ............. (IV)
   ☐ Obscene Mail ..................... (III)
   ☐ Other Federal Statutes ........... (III)
   ☐ Transfer of Probation Jurisdiction ... (V)

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC §§ 1341, 1343, 1344,   1028A(a)(1) and 2

**FILED**
JUN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Assistant United States Attorney