## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 14 | **DATE** | 7/1/08 |
| **CASE TITLE** | United States of America vs. Charquette Christine Campbell | | |

**DOCKET ENTRY TEXT**

Oral motion by defendant to reset the arraignment and bond hearing until July 10, 2008 at 9:30 a.m. in order to retain counsel is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|