# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 14 | **DATE** | 7/10/2008 |
| **CASE TITLE** | United States of America vs. Charquette Christine Campbell | | |

**DOCKET ENTRY TEXT**

Arraignment and bond hearing held. Mark H. Kuzatzky is appointed as counsel for defendant. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges in the indictment and maximum penalties. Defendant enters a plea of not guilty to counts 2-3, 10-12, 20-22 and 25. Parties agree on bond. Defendant is released on $5,000.00 Own Recognizance Bond. Rule 16.1(a) Conference shall be held by 7/17/2008. Pretrial motions are due by 8/1/2008. Status hearing is set before Judge Andersen on 9/11/2008 at 10:00 a.m. Time is excluded from 7/11/08 to and including 9/11/08. (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|