## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　Case Number: 08 CR 453-14

USA v. Bobbie Brown
(Charguette Christine Campbell)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**
JUL 10 2008

| NAME (Type or print) <br> MARK H. KUSATZKY | MAGISTRATE JUDGE JEFFREY COLE <br> UNITED STATES DISTRICT COURT |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ MARK H Kusatzky | |
| FIRM <br> LAW OFFICES OF MARK H. KUSATZKY | |
| STREET ADDRESS <br> 181 WAUKEGAN ROAD, SUITE 306 | |
| CITY/STATE/ZIP <br> NORTHFIELD, ILLINOIS 60093 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6195162 | TELEPHONE NUMBER <br> 847-441-9050 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ✓