# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Bobbie Brown; Cherquette Campbell

FOR: 7-10-08
AT: JUL 10 2008 — MAGISTRATE JUDGE JEFFREY COLE, UNITED STATES DISTRICT COURT

**PERSON REPRESENTED** (Show your full name): Cherquette Christine Campbell

☒ 1 Defendant—Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other

**DOCKET NUMBERS**
Magistrate:
District Court: 08CR453-14
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT** (N/A)
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: American International University
- IF YES, how much do you earn per month? $2600
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED $ _____ SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $180,000 / $140,000 DESCRIPTION _____

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | Mortgage | | $277,000 | $3200 |
| | home rent | | | $500 |
| | loan payment | | | $430 |
| | crt obligations | | | $430 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/